IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL NO. 1:08CV34
(1:06CR31)

| | |
|---|---|
| JONATHAN DAVID HARRISON, ) ) Petitioner, ) ) Vs. ) ) UNITED STATES OF AMERICA, ) ) Respondent. ) ) | **O R D E R** |

**THIS MATTER** is before the Court on Respondent's supplemental response to the Petitioner's motion to vacate. The Court will afford Petitioner an opportunity to respond thereto.

**IT IS, THEREFORE, ORDERED** that the Petitioner is allowed to and including **OCTOBER 15, 2008**, in which to file response to the Government's Supplemental Response filed October 6, 2008.

Signed: October 7, 2008

Lacy H. Thornburg
United States District Judge